# Court of Appeals
# of the State of Georgia

ATLANTA,  February 11, 2021

*The Court of Appeals hereby passes the following order:*

**A21A0947. DANIEL SPOTTSVILLE v. THE STATE.**

In 1998, a jury found Daniel Spottsville guilty of two counts of child molestation and one count of aggravated assault, and we affirmed the denial of his motion for a new trial on appeal. See *Spottsville v. State*, No. A03A0007 (Feb. 4, 2003). In June 2020, Spottsville filed a motion for an out-of-time appeal, which the trial court denied. Spottsville then filed this direct appeal. We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal." *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted). Because Spottsville already has had a direct appeal, he is not entitled to an out-of-time appeal. See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."); *Jackson v. State*, 273 Ga. 320, 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal"). Accordingly, this appeal is hereby DISMISSED. See *Richards*, 275 Ga. at 191-192.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/11/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.* Stephen E. Castlen